FILED CLERKS OFFICE P 12: 21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT DISTRICT OF MASS.
DOCKETED

SIMPLEXGRINNELL, LP

Plaintiff,

v.

NEW ENGLAND FIRE & SECURITY, INC. and JAMES NARAD

Defendant.

CIVIL ACTION NO.

05-40208FDS

## COMPLAINT

This is a civil action for copyright infringement arising under the copyright laws of the United States, 17 U.S.C. § 501, §§ 502-504, breach of contract, misappropriation of trade secrets and confidential information, unfair competition, and violation of M.G.L. ch. 93A.

## PARTIES

1. Plaintiff SimplexGrinnell, LP ("Simplex") is a limited partnership established under the laws of Delaware, with a principal place of business in Westminster, Massachusetts.

2. Upon information and belief, defendant New England Fire & Security, Inc. ("N.E. Fire") is a Massachusetts corporation with a principal place of business in West Springfield, Massachusetts.

3. Upon information and belief, defendant James Narad ("Narad") is an individual residing at 24 Blanford Road, Huntington, Massachusetts. Upon information and belief, Narad is the President of N.E. Fire.

RECEIPT # 404700
AMOUNT $ 250.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. S. Jones
DATE 12-5-05

**JURISDICTION AND VENUE**

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b) and § 1400(b).

**FACTS COMMON TO ALL COUNTS**

**Simplex's Copyrighted Panel Programming Software and Software Key**

6. Simplex is a leading company in the fire safety industry with over 100 years of experience in the design, sale, and maintenance of fire safety systems.

7. Simplex's fire safety systems are run by a fire safety panel which is programmed using proprietary, copyrighted panel programming software (the "Panel Programming Software").

8. A Simplex software key containing Simplex's proprietary computer codes (the "Software Key") is required to operate the Panel Programming Software. The Software Key contains a memory chip, which in turn contains numerous proprietary codes developed by Simplex. Without the Software Key, the Panel Programming Software cannot be accessed and, hence Simplex's fire safety panel cannot be programmed. Simplex makes substantial efforts to protect its copyrighted software and its proprietary codes, and to prohibit unauthorized use and distribution of its Panel Programming Software and Software Keys.

9. On July 27, 2005, Simplex Time Recorder Company assigned all rights, title and interest in the Panel Programming Software to Simplex.

10. On July 29, 2005, Simplex registered Versions 9.02, 10.01, and 11.01 of the Panel Programming Software with the Register of Copyrights and on September 23, 2005, Simplex registered Version 8.04 with the Register of Copyrights.

**Narad's Role At Simplex**

11. Narad worked for Simplex from approximately September 1979 until April 2001. When he resigned in April 2001, Narad had for many years been the District Manager of the western area of Massachusetts.

12. As the District Manager, Narad was responsible for Simplex's proprietary software, including the Panel Programming Software and Software Keys. Mr. Narad entered into a confidentiality agreement with Simplex in which Mr. Narad agreed that he would not "at any time after my employment with Simplex use for himself or others or divulge or convey to others any secret or confidential information, knowledge, or data of Simplex" (the "Confidentiality Agreement").

13. On or around April 19, 2001, Mr. Narad resigned from Simplex and, on or around June 2001, founded N.E. Fire. On information and belief, N.E. Fire is in the business of providing maintenance and inspection services on fire safety systems, including Simplex fire safety systems.

14. Upon information and belief, upon resigning from Simplex, Narad obtained copies of Simplex's Panel Programming Software and other proprietary technology, including Simplex's Software Key, without Simplex's knowledge or authorization.

**N.E. Fire's Infringement**

15. Recently, Simplex learned that N.E. Fire had reprogrammed Simplex control panels, including at the Eagle Hill School in Hardwick, Massachusetts.

16. The only way someone could reprogram the Simplex control panel at Eagle Hill School would be through the use of Simplex's Panel Programming Software and a Simplex Software Key.

**FIRST CLAIM FOR RELIEF**
**(Copyright Infringement)**

17. Plaintiff reavers and incorporates paragraphs 1-16 above.

18. Plaintiff never authorized Narad or N.E. Fire to reproduce, perform, distribute, or adapt the Panel Programming Software.

19. Narad's and N.E. Fire's unauthorized use of the Panel Programming Software constitutes copyright infringement.

20. By letters dated November 14, 2005, Simplex demanded that Narad and N.E. Fire cease their infringement. Narad and N.E. Fire have failed and refused to cease their infringement.

21. Narad and N.E. Fire have caused and will continue to cause Simplex irreparable injury and damage by infringing its copyright. Simplex will suffer further irreparable injury, for which it has no adequate remedy at law, unless and until Narad and N.E. Fire are enjoined from infringing its copyright.

**SECOND CLAIM FOR RELIEF**
**(Breach Of Contract)**

22. Plaintiff reavers and incorporates paragraphs 1-21 above.

23. Narad's above-described use of the Panel Programming Software and Software Key was in breach of the Confidentiality Agreement.

24. As a result of Narad's actions, Plaintiff has suffered damages to be determined at trial.

**THIRD CLAIM FOR RELIEF**
**(Misappropriation of Trade Secrets/Confidential information)**

25. Plaintiff reavers and incorporates paragraphs 1-24 above.

26. Simplex's Panel Programming Software and Software Keys contain proprietary, trade secret and/or confidential information.

27. Simplex takes numerous steps to protect the proprietary nature of the Panel Programming Software and Software Keys containing the codes to access the software.

28. Narad and N.E. Fire have misappropriated, and continue to misappropriate, trade secret and other confidential information from Simplex, including, among other things, the Panel Programming Software and Software Key for their own benefit.

29. As a result of Narad's and N.E. Fire's actions, Plaintiff has suffered damages to be determined at trial.

**FOURTH CLAIM FOR RELIEF**
**(Unfair Competition)**

30. Plaintiff reavers and incorporates paragraphs 1-29 above.

31. By taking the actions referenced above, Narad's and N.E. Fire have engaged in, and continue to engage in, unfair competition.

32. As a result of Narad's and N.E. Fire's actions, Plaintiff has suffered damages to be determined at trial.

**FIFTH CLAIM FOR RELIEF**
**(Violation of G.L. c. 93A)**

33. Plaintiff reavers and incorporates paragraphs 1-32 above.

34. G.L. c. 93A prohibits the use of unfair or deceptive acts or practices in the conduct of trade or commerce.

35. Narad and N.E. Fire have engaged in trade or commerce within the meaning of G.L. c. 93A.

36. As set forth above, Narad and N.E. Fire willfully and knowingly engaged in unfair or deceptive acts or practices by misappropriating Simplex's Software Programming Panel and Software Key and using them to compete with Simplex.

37. Narad's and N.E. Fire's unfair and deceptive acts occurred primarily and substantially in Massachusetts.

38. As a result of Narad's and N.E. Fire's unfair or deceptive acts or practices, Plaintiff has suffered damages to be determined at trial.

WHEREFORE, Simplex prays that this Court:

A. Enter judgment that Narad and N.E. Fire have infringed Simplex's copyrights;

B. Enter a preliminary injunction:

(a) enjoining Narad and N.E. Fire from using, duplicating, copying, or otherwise infringing Simplex's copyrighted panel programming software;

(b) enjoining Narad and N.E. Fire from revealing or divulging to any person, firm or corporation any confidential or proprietary information of Simplex;

(c) ordering Narad and N.E. Fire to identify in writing to Simplex within three days of the Court's Order all Simplex fire safety systems programmed by N.E. Fire with Simplex's misappropriated intellectual property;

(d) ordering Narad and N.E. Fire to pay Simplex's reasonable costs incurred inspecting all such fire safety systems that N.E. Fire programmed with Simplex's misappropriated intellectual property; and

(e) ordering Narad and N.E. Fire to return all Simplex copyrighted information in its possession, custody or control to Simplex within three days of the Court's Order.

C. After trial, enter a permanent injunction in the form of Prayer B;

D. Enter Judgment in favor of Simplex on Counts II, III, IV and V;

E. Award Simplex such other relief as this Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

Simplex hereby demands a trial by jury on all issues so triable.

SimplexGrinnell, L.P.

By its attorneys,

Joseph F. Shea (BBO #555473)
Nancy E. Maroney (BBO #652324)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: December 2, 2005

1480070.1

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET 05 - 40208 FDS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** SimplexGrinnell, L.P.

**DEFENDANTS** New England Fire & Security, Inc.
James Narad

**(b)** County of Residence of First Listed Plaintiff Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Joseph F. Shea, Esq.
Nutter, McClennen & Fish LLP
155 Seaport Blvd., Boston, MA 02210

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 17 USC 501

Brief description of cause: Copyright Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE DOCKET NUMBER

DATE 12/2/05

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

05-40208 FDS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED 2005 DEC -5 P 12:21 U.S. DISTRICT COURT DISTRICT OF MASS.

1. Title of case (name of first party on each side only) SimplexGrinnell, L.P. v. New England Fire & Security, Inc., et al.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- [ ] I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.
- [X] II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- [ ] IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES [ ] NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES [ ] NO [X]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES [ ] NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES [ ] NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES [ ] NO [X]

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division [ ] Central Division [ ] Western Division [ ]

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division [ ] Central Division [X] Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES [ ] NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Nancy Maroney, Esq.

ADDRESS Nutter, McClennen & Fish, LLP, 155 Seaport Blvd., Boston, MA 02210

TELEPHONE NO. 617-439-2574