UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIMPLEXGRINNELL, LP<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND FIRE & SECURITY, INC.<br>and JAMES NARAD<br><br>Defendant. | CIVIL ACTION NO. 05-CV-40208<br><br>**STIPULATION OF DISMISSAL**<br>**<u>WITH PREJUDICE</u>** |

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims and counter-claims be dismissed with prejudice, without costs, without attorneys' fees, and with all rights of appeal waived.

| | |
|---|---|
| SimplexGrinnell, L.P.<br>By its attorneys,<br><br>  /s/ Joseph F. Shea  <br>Joseph F. Shea (BBO #555473)<br>Nancy E. Maroney (BBO #652324)<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA  02210-2604<br>(617) 439-2000 | New England Fire & Security, Inc.<br>and James Narad<br>By their attorneys,<br><br>  /s/ Judd L. Peskin  <br>Judd L. Peskin<br>Peskin, Courchesne & Allen PC<br>101 State Street, Suite 3001<br>Springfield, MA  01103<br>(413) 734-1002 |

1505388.1